Sean K. Claggett, Esq.
Nevada Bar No. 8407
Brian Blankenship, Esq.
Nevada Bar No. 11522
Scott E. Lundy, Esq.
Nevada Bar No. 14235
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
brian@claggettlaw.com
scott@claggettlaw.com

Brett A. Carter, Esq.
Nevada Bar No. 5904
Lindsay Cullen, Esq.
Nevada Bar No. 12364
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Ph (702) 228-2600
Fax (702) 228-2333
Carter@nvlegaljustice.com
Lindsay@nvlegaljustice.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICAELA M. BIER, individually, as heir, and as Personal Representative and Administratrix of the Estate of RYDER MICHAEL ROSS; and JOSHUA J. ROSS, individually and as heir;<br><br>Plaintiffs,<br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, LLC, a Foreign Limited-Liability Company; ASHLEY DISTRIBUTION SERVICES, LTD., a Foreign Limited | Case No. 2:24-cv-00291-CDS-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY** |

- 1 -

Company; ASHLEY GLOBAL RETAIL, LLC, a Foreign Limited-Liability Company doing business as ASHLEY FURNITURE HOME STORE and/or ASHLEY HOME STORE; PAULA ANDREWS, an individual; DOES 1 through 30, inclusive; ROE BUSINESS ENTITIES 1 through 30, inclusive,

Defendants.

Plaintiffs NICAELA M. BIER and JOSHUA J. ROSS ("Plaintiffs"), and Defendants ASHLEY FURNITURE INDUSTRIES, LLC, ASHLEY DISTRIBUTION SERVICES, LTD., ASHLEY GLOBAL RETAIL LLC doing business as ASHLEY FURNITURE HOME STORE and/or ASHLEY HOME STORE, ("Defendants"), by and through their respective counsel of record, hereby stipulate and request an order staying discovery in this matter pending resolution of: (1) Plaintiffs' Motion to Amend Complaint (ECF No. 11) and (2) Plaintiffs' Motion to Remand (ECF No. 12).

On July 26, 2023, Plaintiffs Nicaela M. Bier and Joshua J. Ross filed a Complaint in Clark County District Court, Case No.: A-23-874654-C. Defendant removed the case to the United States District Court on February 12, 2024 (ECF. No. 1). On March 14, 2024, Plaintiffs filed a Motion for Leave to Amend Complaint (ECF No. 11) and on March 18, 2024, Plaintiffs filed a Motion to Remand (ECF No. 12).

The parties have not yet conferred under Fed. R. Civ. P. 26(f) or initiated discovery in the federal court action. This court has not yet entered any discovery plan or scheduling order.

- 2 -

1   The parties agree that no prejudice will result by granting the stipulation to stay discovery at this juncture. In order to avoid the hardship or inequity the parties would suffer were the case to immediately proceed, the parties agree and stipulate to stay discovery in this action pending the Court's decision on (1) Plaintiffs' Motion to Amend Complaint (ECF No. 11); and (2) Plaintiffs' Motion to Remand (ECF No. 12). Staying the discovery in this proceeding will prevent unnecessary costs and resources from being expended on discovery disputes that will likely arise were the case to move forward while these motions are pending. It will also almost certainly result in economies and efficiencies for both the parties and the Court upon the Court's decision(s).

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants as follows:

1. Discovery shall be stayed pending decision on Plaintiffs' Motion to Amend Complaint (ECF No. 11); and (2) Plaintiffs' Motion to Remand (ECF No. 12).

2. Upon the Court's order(s) resolving both motions, discovery shall commence, and the parties will file a proposed Discovery Plan and Scheduling Order within fourteen (14) calendar days after the lifting of the stay.

///
///
///
///
///

- 3 -

Based on the foregoing, the parties respectfully request that the Court enter an order to stay discovery.

| DATED this 16th day of April, 2024. | DATED this 16th day of April, 2024. |
|---|---|
| CLAGGETT & SYKES LAW FIRM | GORDON REES SCULLY MANSUKHANI, LLP |
| /s/ *Brian Blankenship* | /s/ *Brian K. Walters* |
| Brian Blankenship, Esq.<br>Nevada Bar No. 11522 | Brian K. Walters, Esq.<br>Nevada Bar No. 9711<br>Craig A. Jacobson<br>Admitted *Pro Hac Vice*<br>*Attorneys for Defendants* |
| Brett A. Carter, Esq.<br>Nevada Bar No. 5904<br>BERTOLDO CARTER SMITH & CULLEN<br>*Attorneys for Plaintiffs* | |

## **ORDER**

IT IS HEREBY ORDERED that the discovery in this matter is stayed pending the Court's decision on (1) Plaintiffs' Motion to Amend Complaint (ECF No. 11); and (2) Plaintiffs' Motion to Remand (ECF No. 12).

IT IS FURTHER ORDERED the parties will submit to the Court a proposed Discovery Plan and Scheduling Order within fourteen (14) calendar days after the lifting of the stay.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** 4/17/2024